# United States District Court
# For The Western District of North Carolina
# Statesville Division

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY, | |
| Plaintiff(s), | JUDGMENT IN A CIVIL CASE |
| vs. | CASE NO. 5:08CV30 |
| LESTER BERRY; MICHAEL O. LEAVITT, SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; AND CAROLINA ORTHOPEDIC SPECIALISTS, | |
| Defendant(s). | |

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2009, Order.

Signed: January 21, 2009

Frank G. Johns, Clerk
United States District Court